# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Paige McEwan

                      Plaintiff,

v.                                                            Case No.: 1:20–cv–00722
                                                                      Honorable Martha M. Pacold

Rolando Villafuerte, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 5, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion to reset the settlement conference [68] is granted. The parties shall jointly propose three dates for a virtual settlement conference to the Court by 11/9/21 via the Court#039;s settlement conference email box. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.